No. 78–281.  WEINER ET AL. v. UNITED STATES; and

No. 78–284.  LICHTIG v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.  Reported below: 578 F. 2d 757.

No. 78–305.  COMDEN ET UX. v. SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES, ET AL. (DORIS DAY DISTRIBUTING CO. ET AL., REAL PARTIES IN INTEREST).  Sup. Ct. Cal.  Certiorari denied.

No. 78–318.  DALLAS POWER & LIGHT CO. ET AL. v. CENTRAL POWER & LIGHT CO ET AL.  C A D C Cir.  Certiorari denied.

No. 78–324.  PIERORAZIO ET AL. v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 78–326.  CHAMBER OF COMMERCE OF THE UNITED STATES EX REL. BOISE CASCADE CORP. v. NATIONAL LABOR RELATIONS BOARD ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 78–328.  CHAMBERS v. UNITED STATES; and

No. 78–333.  GRIFFIN v. UNITED STATES.  C. A. 8th Cir. Certiorari denied.  Reported below: 579 F. 2d 1104.

No. 78–336.  ALLEN ET AL. v. UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 78–341.  MAINS ET AL. v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 78–363.  GRASSO v. UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 78–365.  CREPS v. NEVADA.  Sup. Ct. Nev.  Certiorari denied.